IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SUSIE GASSETT-WINFIELD,

    Plaintiff,

vs.                                            No. 2:14-CV-02247-STA-cgc

SHELBY COUNTY SCHOOLS,

    Defendant.

## NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, Susie Gassett-Winfield and Defendant, Shelby County Board of Education (formerly Memphis City Schools) and hereby announces to the Court the following:

1. The trial of this matter was set by the Court and is scheduled to begin March 19, 2015.

2. The parties have consulted and agreed upon settlement in this matter. The parties have executed a settlement agreement.

3. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties will subsequently file with the Court a Stipulation of Dismissal and submit a proposed Agreed Order of Dismissal.

Respectfully submitted,

/s/ Yasmin A. Mohammad
Yasmin A. Mohammad #29970
Shelby County Schools Board of Education
Office of General Counsel
160 S. Hollywood St.
Memphis, Tennessee 38112
(901) 416-6370
mohammady@scsk12.org
*Attorney for Defendant*

/s/ Susie Winfield
Susie Gassett-Winfield
8815 Dewberry Lane
Cordova, Tennessee 38016
susiewinfield@aol.com
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing has been sent to Plaintiff Susie Gassett-Winfield, 8815 Dewberry Lane, Cordova, Tennessee 38016, VIA CERTIFIED U.S. MAIL, this 19th day of August 2014.