IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SUSIE GASSETT-WINFIELD,

    Plaintiff,

vs.                                                  No. 2:14-CV-02247-STA-cgc

SHELBY COUNTY SCHOOLS,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, Susie Gassett-Winfield and Defendant, Shelby County Board of Education (f/k/a Memphis City Schools) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and file this their Stipulation of Dismissal with Prejudice and in support thereof would respectfully show onto the Court as follows:

The parties in the above-styled matter have resolved this matter. As such, Plaintiff has agreed to dismiss all claims against Defendant, with prejudice.

NOW THEREFORE, Plaintiff stipulates and agrees to the dismissal of Case No. 2:14-CV-02247-STA-cgc, and each and every claim therein with prejudice. The parties will bear their own costs and fees.

                                                        Respectfully submitted,

                                                        /s/ Yasmin A. Mohammad
                                                        Yasmin A. Mohammad #29970
                                                        Shelby County Schools Board of Education

Office of General Counsel
160 S. Hollywood St.
Memphis, Tennessee 38112
(901) 416-6370
mohammady@scsk12.org
*Attorney for Defendant*

/s/ Susie Winfield
Susie Gassett-Winfield
8815 Dewberry Lane
Cordova, Tennessee 38016
susiewinfield@aol.com
*Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing has been sent to Plaintiff Susie Gassett-Winfield, 8815 Dewberry Lane, Cordova, Tennessee 38016, VIA CERTIFIED U.S. MAIL, this 19th day of August 2014.