IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SUSIE GASSETT-WINFIELD,

    Plaintiff,

vs.        No. 2:14-CV-02247-STA-cgc

SHELBY COUNTY SCHOOLS,

    Defendant.

## AGREED ORDER OF DISMISSAL

Having been advised by Plaintiff and counsel for the Defendant that the matters and things in controversy between them have been resolved and that they agree that the lawsuit should be dismissed with prejudice, the Court finds that such dismissal is appropriate.

This case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

        s/ S. Thomas Anderson
        S. THOMAS ANDERSON
        UNITED STATES DISTRICT JUDGE

        Date: August 25, 2014

APPROVED FOR ENTRY:


s/ Yasmin A. Mohammad\_\_\_\_\_
Yasmin A. Mohammad #29970
Shelby County Schools Board of Education
Office of General Counsel
160 S. Hollywood St.
Memphis, Tennessee 38112
(901) 416-6370
mohammady@scsk12.org
*Attorney for Defendant*



/s/\_ Susie Gassett-Winfield\_\_\_
Susie Gassett-Winfield
8815 Dewberry Lane
Cordova, Tennessee 38016
susiewinfield@aol.com
*Pro Se Plaintiff*