*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

| | |
|---|---|
| **SUSIE GASSETT-WINFIELD** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **SHELBY COUNTY SCHOOLS** | **CASE NO: 14-2247-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal entered on August 25, 2014, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 8/26/2014                                              THOMAS M. GOULD
                                                             Clerk of Court

                                                             s/Terry L. Haley
                                                         (By)   Deputy Clerk